

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| The City of El Paso, | § | No. 08-14-00319-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 171st Judicial District Court |
| Harold Collins and Catherine Teague-Collins Individually and Next Friends of Jade Collins, a Minor and Jasmine Collins, a Minor, | § | of El Paso County, Texas |
| | § | (TC# 2009-2736) |
| | § | |
| Appellee's. | | |

## **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **January 28, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita D. Garcia, Court Reporter for the 171st District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **January 28, 2015.**

IT IS SO ORDERED this 21st day of January, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.